UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KRISHEN SAUBLE IYER,<br><br>    Defendant. | Case No. 1:17-cr-00018-DAD-BAM-1<br><br>ORDER GRANTING REQUEST TO SEAL DOCUMENT<br><br>(Doc. 13) |

The court has read and considered defendant's request to seal. (Doc. 13.) Good cause appearing, the forensic evaluation of defendant Krishen Iyer by Dr. Howard Terrell shall be filed under seal until further order of the court. The United States Attorney's Office, defense counsel, and the United States Probation Office are permitted to have access to the report.

IT IS SO ORDERED.

Dated: __**April 18, 2017**__                    _/s/ Dale A. Drozd_
                                                                 UNITED STATES DISTRICT JUDGE